# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

137285

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

          SC: 137285
          COA: 286565
          Wayne CC: 07-014250

BRUCE MITCHELL PEOPLES,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 20, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

_____
Clerk

p0217